File Hashes for IP Address 173.79.205.225

**ISP:** Verizon FiOS
**Physical Location:** Herndon, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/02/2014 02:09:55 | 09E7FEB07FDAF3156591F511ECAE2D89CE1445DD | Hot Chocolate |
| 07/02/2014 02:01:06 | E9AE69EA12A208BD84BC4385FD6B9CE398BD3769 | Miss Perfect |
| 07/02/2014 02:00:12 | 2F6AC288A38787D0B193424A1654C9581F8DCDFB | Mile High Club |
| 07/02/2014 01:59:16 | F5F0BDFE986F2997D252C13D02D8DBAFCBD395C5 | Clean and Wet |
| 07/02/2014 01:57:16 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 07/02/2014 01:55:01 | 84A4A6125C335430753A643D8810F27451416DC4 | Made for Each Other |
| 07/02/2014 01:44:59 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home |
| 07/02/2014 01:43:45 | 62EDBE40FDCEB6FEEB1411F215C8389A94ECEB5B | Playing Dress Up |
| 07/02/2014 01:41:39 | 721E3E4915C44391A119F48E8356AF18EAA0E26B | White Hot |
| 07/02/2014 01:29:00 | 9BCAC2146E30540C118D5AC15128D00B7E309CF6 | Back to Bed |
| 07/02/2014 01:26:50 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 07/02/2014 01:23:36 | 307B24548B441CC1B5BB37FDEE1B78E807F3222B | Getting Down |
| 07/02/2014 01:14:10 | 6AFD2DF9EC6215AD8AC6E9B14D5783E1FCC795C9 | Deep Blue Passion |
| 07/02/2014 01:10:56 | 4C8FB3CEF10089626BB2960266674052E174EC2F | Photo Finish |
| 07/02/2014 00:55:29 | 240CC731831F13731AC682D4C968DA589B87DF01 | All About Anna |
| 07/02/2014 00:54:42 | 73D9B8655E55395131759875FCCE25807BB1A697 | Black and White |
| 07/02/2014 00:54:10 | 6913D0A4F6FF5EEC887B1FC1EF932BA34D674EFC | Alone Is A Dream Left Behind |
| 07/02/2014 00:51:31 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 07/02/2014 00:50:41 | 9AE124BDA5D79BC5EDD65A8A121ED0663705D6F1 | Malibu Moments Part #2 |
| 07/02/2014 00:48:00 | 7C2DFB485915834309EFA4AB7585143F27B78048 | Fantasy Come True |
| 07/02/2014 00:41:31 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |
| 07/02/2014 00:32:13 | 98495A9DECE26EE9385E6C8AA311F536371ABE16 | Pretty Back Door Baby |

EXHIBIT A

EVA87

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/02/2014 00:29:28 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 07/02/2014 00:21:23 | 4CF61D7682E7B02478E2EF563AEE264F43C7A415 | Putting On A Show For You |
| 07/02/2014 00:18:23 | 06C2177AA36C28654A01BCAC15E6943AD55051CA | Soul Mates |
| 07/02/2014 00:17:45 | 2C3FD24D65BB36097A8D9C0334145DD7224D444A | A Little Time For Myself |
| 07/02/2014 00:12:47 | 7B11C274AD3B2D18E47CACA6763969D48F3F98A9 | Almost Famous |
| 07/01/2014 23:50:33 | 9248742B6CDDCAC2C6D6D0A34FF71F2AA9D3104C | Morning Memories |
| 07/01/2014 23:44:55 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 07/01/2014 23:40:53 | 8940E5B7A1398099BF53DA220CAE4A4DAF4D7400 | Names |
| 07/01/2014 23:40:39 | 603E562AD0ED197BF58F5E8938691A2A57F7041B | Only Girls |
| 07/01/2014 23:40:05 | 6CC6E846AC9F6069ECFA5C276A3832DB186918BC | They Meet Again |
| 07/01/2014 23:16:46 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 07/01/2014 23:13:26 | 2EBD2F6B13C8AE040D1135BD8E8C5E1B7E0CDFA0 | I Want to Tell You |
| 07/01/2014 23:13:12 | D08AAB33EAB63369FCCF1D2FEB209AD2C80AD290 | Erotic Stretching and Sex |
| 07/01/2014 23:12:49 | 3E03BD81D3D13C738A0BCF7CD35C34514F4BED1C | Catching Up |
| 07/01/2014 23:12:48 | 52390665716731D2820318AE062305D786BD46EA | Through the Looking Glass |
| 07/01/2014 23:12:22 | 9B29458BF5B1EEF889B9D38B78325EC20DF49569 | The Young and the Restless |
| 07/01/2014 23:11:55 | 3EDE916A26DA33E17A88940E6FD858C182A42515 | Emilie is All Alone |
| 06/25/2014 03:57:49 | 4C9284038729F0C0700F230EB1CE5F2EC6833EE1 | I Will See You In The Morning |
| 06/25/2014 03:57:04 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 06/25/2014 03:51:22 | 84FF06E9030CD9416340934BC26D1331C170E3FA | Santas Little Helper |
| 06/25/2014 03:49:59 | F6B6C9797CDE17B0DA960CCF5E442FBD707CCFE9 | Dark Desires |
| 06/25/2014 03:41:24 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | Burning |
| 06/25/2014 03:38:40 | 5F3CE04386571EC359A0A17F8C9A9E18EF0AF280 | In Love With Lexi |
| 06/25/2014 03:37:16 | F0A1B4CAB4604A70811FC3523BCD87679DD71E81 | Stay for a While |
| 06/25/2014 03:36:01 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | Happy Birthday Capri |

EXHIBIT A

EVA87

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/25/2014 03:17:31 | 28D7F4CEFE7500BC2DC0603043347EF035866802 | I Am In the Mood |
| 06/25/2014 03:17:14 | 436C66B21E313FAF8CFA6A0CE75FDD4F57EEC506 | I Can Not Wait |
| 06/25/2014 03:00:59 | 8E5D4B88383770091C52EE405B3602A48A1FF8B6 | Just the Three of Us |
| 06/25/2014 02:59:29 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 06/25/2014 02:59:10 | 8CE645CB1D0F5009C20CE230F0B98842A9E7DA35 | Sent from Heaven |
| 06/25/2014 02:56:36 | EFCF4E9995C159A9F41A793C7F26EBC244CD30FC | Connie True Love |
| 06/25/2014 01:32:36 | A7EAF90F9B7A2249EFF65B64C8F170B56DBC442C | Unforgettable View #2 |
| 06/25/2014 01:28:40 | C702327C5169DD153363EE0B5DD9C833118AEB12 | Pool Party For Three |
| 06/25/2014 01:24:52 | C2A03B88B210A0F17F3D19181222D8C46DE1B420 | Pink Perfection |
| 06/25/2014 01:23:34 | 19D8BE7E6ADB57556EE8FB3302A13C69D528D1AC | Lonesome Without You |
| 06/25/2014 01:22:58 | 57BB8F13C16B03F66E234B0449CB77B1FD1689D2 | In Charge |
| 06/25/2014 01:20:39 | 7460C802588218686ED97BDF208D4DB4F398BFEB | Sweet Dreamers |
| 06/25/2014 01:15:24 | 597B0F364B3D469F8CE7B03C0CC30AB4F1EED98E | Fashion Fantasy |
| 06/25/2014 01:11:22 | C7DA6619BE7850E29FC0DF0B5D3438172AB04A32 | A Hot Number |
| 06/25/2014 01:09:20 | 2937538C56FE26898B8E8277A93996EBF48B5043 | Another Night |
| 06/25/2014 01:00:35 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 06/25/2014 00:46:46 | 295F19F5BD9FABEE112D055368BB41D49186484D | Seeing Double |
| 06/25/2014 00:46:06 | 6045C329A285436A3ECFF71B7AB3D7F754257BAE | Yoga Master and Student |
| 06/25/2014 00:43:34 | 9834C02FFFA1085EF72B37F2BB9D327F2019B555 | Group Sex |
| 06/25/2014 00:42:16 | CA0882920C0B67C717D12240EC254EE8E76C3E22 | Come Close |
| 06/25/2014 00:37:51 | 1F3E41E60D2617B25A613E12D173A860F98B68AA | Rendezvous |
| 06/25/2014 00:28:54 | 44AEFA837506C9B97DA78F3F05A086D90BDD979C | Remembering Strawberry Wine |
| 06/25/2014 00:00:24 | BCC824603D998149CDE21441B142247ABD8592D5 | Tease and Please |
| 06/24/2014 23:42:25 | CF8C329AAF818D9238B12DD89A473A27697A3309 | Awakening |
| 06/24/2014 23:40:14 | 03E9C1D4BF0923038011F390676CC10926F7DACD | Meet Me in Madrid |

EVA87

EXHIBIT A

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/24/2014 23:29:10 | A00390BDF91DF6716F592D3592FDC1E83AC937AC | Go Fish |
| 06/24/2014 23:28:48 | 4E4858A861B719A6A03DB9BED479C533D8457826 | They Seem so Sweet |
| 06/24/2014 23:28:11 | 5574EEB8D698BF2B8C06887E26EF681F221F9465 | A Girls Fantasy |
| 06/24/2014 23:24:45 | 0C6D3DA163F16C5D2011594E22D3E5FCFFF2F119 | Without Words |
| 06/24/2014 23:24:44 | B513E4411554AE512A604938EC3BA0E122FEB67F | Get Wild at Home |
| 06/24/2014 23:15:30 | 3C6A9B93EACE33652AD8473112027D59AAB94879 | In My Living Room |
| 06/24/2014 23:15:03 | 1A013D0D88336D3A744520EDE12BA889EE889B33 | Falling For You |
| 06/24/2014 23:14:39 | 39F28E6EA3A692185ADCF8B2B6A5B20C97ED5819 | Season of Love |
| 06/24/2014 04:49:41 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 06/24/2014 04:45:38 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |
| 06/24/2014 04:39:18 | D01FC19766D36957E36620605ACE01B61E7289F6 | Unveiling Part #2 |
| 06/24/2014 04:39:08 | 4A73AE9DD9898E64D250D7781E8D92ACDD79E523 | Risky Business |
| 06/24/2014 04:38:30 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 06/24/2014 04:38:25 | E87CFA681DD718B9237BB7B9B7C85D05A6585007 | Russian Connection |
| 06/24/2014 04:29:59 | 52ECA2A95F402316C990BFA015EC597C1FE40045 | Spur of the Moment |
| 06/24/2014 04:28:15 | 2B8CABB909C14C56AE67581900DD599AFA9420E4 | Making Music |
| 06/24/2014 04:24:49 | D2CD8551F607A99CF10ADDF183B48872448A2568 | I Want You To Watch Me |
| 06/24/2014 04:21:35 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 06/24/2014 04:20:29 | 393C04762255DA6B05BBAE7F29933D8F7421F776 | At Home With Tiffany |
| 06/24/2014 04:08:45 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 06/24/2014 04:05:18 | F09E59860DED770DD0E80B5F5E39195914A9866A | Angie VIP Lounge |
| 06/24/2014 04:01:11 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 06/24/2014 04:00:24 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 06/24/2014 03:59:24 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 06/24/2014 03:43:50 | EEF9DBC1BD41E3494DD50B19EAAECDABB436EAFB | Surprise Surprise |

EXHIBIT A

EVA87

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/24/2014 03:38:28 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 06/24/2014 03:32:50 | 9D8A0C904D8BE0FDB622ACED5ABE0A5C90ED08EE | Give Me More |
| 06/24/2014 03:31:56 | CC2228DBFA53DB83C886724F18487A3B5B9DCC46 | Morning Glory |
| 06/24/2014 03:31:09 | 7C74655AE3575D60557B5E411A938F6ABDEE12DC | Perfect Timing |
| 06/24/2014 03:15:12 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 06/24/2014 03:11:28 | 295B0CFB8AC1390C87A99443D7B1CFE852D7824A | Just Jennifer |
| 06/24/2014 03:05:44 | 66240EA4FE9970A3BE7B99E9A97EE10D833DF60F | Hot Orgasm |
| 06/24/2014 02:51:14 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 06/24/2014 02:47:52 | 67026053D98E723952937A2BE2935A1BEFD72BF0 | Two By Two |
| 06/24/2014 02:33:44 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 06/15/2014 02:34:06 | 29B5C1458F77A7FCF21F3E70CC15CCFFD43575F8 | Enjoy My Backdoor |
| 06/12/2014 02:26:06 | 37145BC78BA08C0B7FC984C78B8698A2CC4168B2 | Sex With Glasses |
| 05/29/2014 16:03:16 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 05/17/2014 03:42:40 | 788EB75CE495F2120E6C6B6075A483B4CFD1E78E | Slippery Sensations |

Total Statutory Claims Against Defendant: 111

EVA87

EXHIBIT A